AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oetken, James Paul | Southern District of New York | 7/25/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council CLE | 2/16/13 - 2/23/13 | Curacao | CLE programs (served on panel) | transportation, meals, hotel |
| 2. | Cornell University Law School | 3/10/13 - 3/12/13 | Ithaca, NY | Educational activities (spoke to faculty and students) | transportation, meals, hotel |
| 3. | University of Iowa | 9/19/13 - 9/22/13 | Iowa City, IA | Educational activities (spoke to faculty and students | transportation, meals, hotel |
| 4. | Federal Bar Council CLE | 10/25/13 - 10/27/13 | Lenox, MA | CLE programs (served on moot court panel) | transportation, meals, hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oetken, James Paul | 7/25/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oetken, James Paul | 7/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cablevision Systems Corporation | D | Dividend | M | T | Sold (part) | 12/18/13 | M | A | |
| 2. Madison Square Garden, Inc. | | None | J | T | Sold (part) | 05/01/13 | K | E | |
| 3. Hewlett-Packard Company (X) | A | Dividend | J | T | | | | | |
| 4. BlackRock Global Opportunities Equity Trust | A | Dividend | | | Sold | 12/18/13 | J | A | |
| 5. American Funds Investment Co. of America | A | Dividend | L | T | Buy (add'l) | 12/18/13 | J | | |
| 6. Invesco Prime Interest Trust Fund (Inv Van Kam Sr Loan Fund) | A | Dividend | J | T | | | | | |
| 7. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 8. Invesco Van Kampen Dynamic Credit Opportuties Fund | A | Dividend | | | Sold | 08/08/13 | J | A | |
| 9. ABM AMRO Income Plus Fund | A | Dividend | K | T | | | | | |
| 10. EB Diversified Stock Fund | | None | K | T | | | | | |
| 11. Target Small Cap Value Portfolio Fund Class T (TASVX) | A | Dividend | J | T | | | | | |
| 12. Vanguard Institutional Index Fund Institutional Plus Shares | A | Dividend | K | T | | | | | |
| 13. JP Morgan USA New York 529 Fund Class B (formerly Columbia Acorn) | | None | M | T | | | | | |
| 14. Citibank N.A. cash accounts | A | Interest | L | T | | | | | |
| 15. GE Interest Plus cash account | A | Interest | K | T | | | | | |
| 16. Fieldpoint Private Bank and Trust cash account | A | Interest | K | T | | | | | |
| 17. UBS Bank USA cash account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oetken, James Paul | 7/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMC Networks Inc. | | None | | | Sold | 08/08/13 | L | E | |
| 19. UNTS FT Pharm Select PRTF Series 37 | A | Dividend | | | Sold | 03/01/13 | J | B | |
| 20. UNTS FT Sr Loan Limited Duration Plus C/ E 38 | A | Dividend | | | Sold | 08/18/13 | K | A | |
| 21. FFTW Income Plus Fund | A | Dividend | K | T | | | | | |
| 22. Hartford Midcap HLS 1A | A | Dividend | K | T | | | | | |
| 23. MFS Inst Intl Equity | A | Dividend | K | T | | | | | |
| 24. American Century Equity Growth Fund | A | Dividend | L | T | Buy (add'l) | 12/18/13 | K | | |
| 25. JP Morgan Mid Cap Value Fund | A | Dividend | L | T | Buy (add'l) | 12/18/13 | K | | |
| 26. Lord Abbett Alpha Strategy Fund | | None | L | T | Buy (add'l) | 12/18/13 | J | | |
| 27. Lord Abbett Value Opportunities Fund | | None | L | T | Buy (add'l) | 12/18/13 | J | | |
| 28. TransAmerica Multi Manager Alternative Strategies | A | Dividend | L | T | Buy (add'l) | 12/18/13 | J | | |
| 29. Columbia Thermostat Fund | A | Dividend | L | T | Buy (add'l) | 12/18/13 | J | | |
| 30. Blackrock Multi Asset Income Portfolio | B | Dividend | L | T | Buy (add'l) | 12/18/13 | K | | |
| 31. American Century Strategic Inflation | | None | L | T | Buy (add'l) | 12/18/13 | K | | |
| 32. Delaware Dividend Income | A | Dividend | L | T | Buy (add'l) | 12/18/13 | K | | |
| 33. Ishares MSCI Japan Index Fund | | None | K | T | Buy | 05/01/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oetken, James Paul | 7/25/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Paul Oetken**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544